IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHALE JIHAD AKBAR
ADC # 101398                                                                                    PETITIONER

v.                                        CASE NO: 5:13CV00382 BSM

RAY HOBBS, Director, Arkansas
Department of Correction                                                                    RESPONDENT

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney and the petitioner's objections thereto have been reviewed. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and are hereby, approved and adopted in their entirety in all respects.

The petition for writ of habeas corpus [Doc. No.1] pursuant to 28 U.S.C. § 2254 filed by Michale Akbar is dismissed with prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Akbar has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 6th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE