IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHALE JIHAD AKBAR**
**ADC # 101398**                                                                                          **PETITIONER**

**v.**                              **CASE NO: 5:13CV00382 BSM**

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                                                                      **RESPONDENT**

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus [Doc. No. 1] filed by Michale Jihad Akbar is dismissed with prejudice.

IT IS SO ORDERED this 6th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE